Debra A. Silk
Tony C. Koenig
Kris Goss
Montana School Boards Association
863 Great Northern Blvd., Suite 301
Helena, Montana  59601
Telephone:  (406) 442-2180
Facsimile:  (406) 442-2194

Attorneys for the Defendants


# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| RONALD JACKSON, RUTH JACKSON, ROBERT MANNING, PATRICIA McGESHICK, LAWRENCE WETSIT, LANETTE M. CLARK, and BILL WHITEHEAD,<br><br>    Plaintiffs,<br><br>  vs.<br><br>THE BOARD OF TRUSTEES OF WOLF POINT, MONTANA, SCHOOL DISTRICT NO. 45-45A; MARTIN DEWITT, TRACEY JUVE-MIRANDA, GLENN STRADER, JANICE WEMMER-KEGLEY, JARONN BOYSUN, BRENT NYGARD and ED BACH in their official capacities as members of the Board of Trustees of Wolf Point School District No. 45-45A; and NAOMI ERICKSON, in her official capacity as School District Clerk and Election Administrator,<br><br>    Defendants. | Cause No. CV-13-65-GF-DLC-RKS<br><br><br>**MOTION TO DISMISS** |

COMES NOW, the above-named Defendants, by and through their counsel of record, and, pursuant to Fed. R. Civ. P. 12(b)(6), hereby move the Court to dismiss the Complaint in the above-entitled matter on the basis that Plaintiffs have failed to state a claim upon which relief can be granted.  Counsel for the Plaintiffs has been contacted via e-mail to determine whether they object to the motion, but no response was received as of the time this motion was filed.

DATED this 4th day of October, 2013.


 /s/ Tony C. Koenig
Tony C. Koenig
One of the attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that, on the 4th day of October, 2013, a copy of the foregoing document was served on the following persons by the following means:

1, 2   CM/ECF
__      Hand Delivery
__      U.S. Mail, postage prepaid
__      Overnight Delivery Service
__      Facsimile
__      E-Mail

1.      Clerk, U.S. District Court

2.      Jon Ellingson
        James P. Taylor
        ACLU of Montana Foundation
        P.O. Box 9138
        Missoula, Montana  59802