**FILED**

OCT 22 2013

Clerk, U.S District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONALD JACKSON, RUTH JACKSON, ROBERT MANNING, PATRICIA McGESHICK, LAWRENCE WETSIT, LANETTE M. CLARK, and BILL WHITEHEAD,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF WOLF POINT, MONTANA SCHOOL DISTRICT NO. 45-45A, MARTIN DEWITT, TRACY JUVE-MIRANDA, GLENN STRADER, JANIC WEMMER-KEGLEY, JARONN BOYSUN, BRENT NYGARD, and ED BACH, in their official capacities as members of the Board of Trustees of Wolf Point School District No. 45-45A; and, NAOMI ERICKSON, in her official capacity as School District Clerk and Election Administrator,<br><br>Defendants. | CV-13-65 -GF-DLC-RKS<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Dana L. Christensen, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Keith Strong, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3. The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 21st day of October, 2013.

Honorable Dana L. Christensen,
Chief Judge United States District Court