James P. Taylor
ACLU of Montana Foundation
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 443-8590
Email: JimT@aclumontana.org

Jon Ellingson
141 North Ave. E
Missoula, MT 59801
Telephone: (406) 546-9084
Email: jonelling@gmail.com

M. Laughlin McDonald
ACLU Foundation, Inc.
2700 International Tower
229 Peachtree St., NE
Atlanta, Ga. 30303
Telephone: (404) 500-1235
Email: LMcDonald@aclu.org

ATTORNEYS FOR THE PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONALD JACKSON, et al.,<br><br>        Plaintiffs,<br>vs.<br><br>THE BOARD OF TRUSTEES OF WOLF POINT, MONTANA, SCHOOL DISTRICT  NO. 45-45A, et al.,<br><br>        Defendants. | Cause No. CV-13-65-GF-BMM-RKS<br><br>PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES |

<u>Plaintiffs' Motion for Costs and Attorney's Fees</u>

Plaintiffs, as prevailing parties, move the Court pursuant to 42 U.S.C. §§ 1973*l*(e) and 1988, for an award of costs and attorney's fees. Pursuant to the Proposed Consent Decree filed in this case (Doc. 70), the parties have agreed that any requests by Plaintiffs for costs and fees shall be determined by the Court.

As appears more fully from the attached declarations of James P. Taylor, Jon Ellingson, and M. Laughlin McDonald, which contain detailed summaries of their hours and expenses, Plaintiffs request attorney's fees in the amount of $179,812.50 for the following number of hours expended in this case by the attorneys noted, at the rates indicated:

|  | Attorney Hours | Hourly Rate | Amount |
|---|---|---|---|
| James P. Taylor | 136 | $200 | $27,200.00 |
| Jon Ellingson | 47.25[1] | $200 | $9450.00 |
|  | 107[2] | $200 | $21,400.00 |
| Laughlin McDonald | 286.5 | $425 | $121,762.50 |
|  |  | Total: | $179,812.50 |

Plaintiffs also request an award of paralegal fees in the amount of $1,666.00

---

[1]Time spent as Montana ACLU legal director.

[2]Time spent as Montana ACLU cooperating attorney.

for the following number of hours expended in this case by Fred McBride at the rate indicated:

|              | Paralegal Hours | Hourly Rate | Amount     |
|--------------|-----------------|-------------|------------|
| Fred McBride | 19.6            | $85.00      | $1,666.00  |
|              |                 | Total:      | $1,666.00  |

Plaintiffs also request an award of costs in the amount of $14,547.42, as noted:

|                            | Amount      |
|----------------------------|-------------|
| ACLU Voting Rights Project | $12,128.31  |
| ACLU of Montana            | $1,913.78   |
| Jon Ellingson              | $505.33     |
|                            | Total: $14,547.42 |

WHEREFORE, plaintiffs respectfully pray that this Court enter an award of attorney's fees and costs in the amount of $196,025.92.

Respectfully submitted,

James P. Taylor
ACLU of Montana Foundation
P.O. Box 9138
Missoula, MT 59807
Telephone: (406) 443-8590
Email: JimT@aclumontana.org

        /S/Jon Ellingson
_____
Jon Ellingson
141 North Ave. E
Missoula, MT 59801
Telephone: (406) 546-9084
Email: jonelling@gmail.com

/S/M. Laughlin McDonald
_____
M. Laughlin McDonald
ACLU Foundation, Inc.
2700 International Tower
229 Peachtree St., NE
Atlanta, Ga. 30303
Telephone: (404) 500-1235
Email: LMcDonald@aclu.org

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on March 14, 2014, a true and accurate copy of the foregoing Motion For Costs and Attorney's Fees was filed electronically with the Clerk of Court of the U.S. District Court, District of Montana, utilizing the CM/ECF system, which automatically sends email notification of the filing to the attorneys of record.

    Respectfully submitted this 14th day of March, 2014

        /s/Jon Ellingson
_____
Jon Ellingson
Attorney for Plaintiffs