IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONALD JACKSON, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOARD OF TRUSTEES OF WOLF POINT, MONTANA, SCHOOL DISTRICT NO. 45-45A, et al.,<br><br>Defendants. | CV-13-65-GF-BMM-RKS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

The Court referred this case to United States Magistrate Judge Keith Strong. Judge Strong entered findings and recommendations on March 14, 2014, to adopt a jointly-filed proposed consent decree. Doc. 76.

Plaintiffs alleged that voter districts in the Wolf Point School District were malapportioned in violation of the Equal Protection Clause of the United States Constitution's Fourteenth Amendment. The parties reached an agreement regarding how to remedy the malapportionment and jointly filed a proposed consent decree on March 13, 2014. Doc. 70. Judge Strong recommended that the Court adopt the proposed consent decree in full. Doc. 76.

1

Neither party objected to Judge Strong's findings and recommendations. Therefore, this Court reviews Judge Strong's findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error is present only if the Court is left with a "definite and firm conviction that a mistake has been committed." *Silva v. Woodford*, 279 F.3d 825, 835 (9th Cir. 2002).

This Court finds no clear error in Judge Strong's Findings and Recommendations, Doc. 76, and adopts them in full.

**IT IS HEREBY ORDERED** that Judge Strong's findings and recommendations, Doc. 76, are **ADOPTED.** Judgment shall be entered accordingly.

DATED this 9th day of April, 2014.

_____
Brian Morris
United States District Court Judge