





| District | Population | Deviation | % Deviation | 18+_Pop | % 18+_Pop | White | % White | 18+_White | % 18+_White | AmIndian |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 841 | 0 | 0% | 628 | 74.67% | 470 | 55.89% | 382 | 60.83% | 329 |
| 2 | 835 | -6 | -0.71% | 538 | 64.43% | 117 | 14.01% | 88 | 16.36% | 677 |
| 3 | 848 | 7 | 0.83% | 556 | 65.57% | 236 | 27.83% | 207 | 37.23% | 540 |
| 4 | 845 | 4 | 0.48% | 635 | 75.15% | 488 | 57.75% | 417 | 65.67% | 307 |
| 5 | 836 | -5 | -0.59% | 513 | 61.36% | 152 | 18.18% | 130 | 25.34% | 661 |
| E3 | 430 | -411 | -48.87% | 324 | 75.35% | 256 | 59.53% | 208 | 64.2% | 156 |

| % AmIndian | 18+_AmIndian | % 18+_AmIndian | Other| | % Other | 18+_Other | % 18+_Other | Hispanic Origin| | % Hispanic Origin | 18+_Hispanic Origin| |
|---|---|---|---|---|---|---|---|---|
| 39.12% | 223 | 35.51% | 0 | 0% | 0 | 0% | 6 | 0.71% | 3 |
| 81.08% | 432 | 80.3% | 0 | 0% | 0 | 0% | 23 | 2.75% | 17 |
| 63.68% | 314 | 56.47% | 2 | 0.24% | 1 | 0.18% | 19 | 2.24% | 8 |
| 36.33% | 193 | 30.39% | 0 | 0% | 0 | 0% | 10 | 1.18% | 6 |
| 79.07% | 372 | 72.51% | 0 | 0% | 0 | 0% | 13 | 1.56% | 7 |
| 36.28% | 107 | 33.02% | 0 | 0% | 0 | 0% | 1 | 0.23% | 1 |

Case 4:13-cv-00065-BMM   Document 78-1   Filed 03/13/14   Page 5 of 6

| %18+_Hispanic Origin |
|---|
| 0.48% |
| 3.16% |
| 1.44% |
| 0.94% |
| 1.36% |
| 0.31% |